UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ROCKY THOMAS TRAVERSIE, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW STARR, MATTHEW HANISCH, and DAVE DUNTEMAN, <br><br> Defendants. | 4:16-CV-04142-KES <br><br><br> JUDGMENT |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff Rocky Thomas Traversie.

DATED this January 30, 2018.

                                              BY THE COURT:

                                              /s/ *Karen E. Schreier* <br>
                                              KAREN E. SCHREIER <br>
                                              UNITED STATES DISTRICT JUDGE